**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EDWIN RODRIGUEZ<br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Respondent | ) | C.A. No:01-132ML |

**PETITIONER EDWIN RODRIGUEZ'S**
**MOTION FOR LEAVE TO FILE HIS SUPPLEMENTAL**
**RESPONSE TO THE GOVERNMENT'S OBJECTIONS TO PETITIONER'S**
**MOTION TO SET ASIDE OR CORRECT SENTENCE FILED**
**PURSUANT TO 28 U.S.C. sec. 2255**

**COMES NOW,** Petitioner Edwin Rodriguez, pro se, and moves the Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, to grant the herein Motion for leave to **file his supplemental response to the government's August 17, 2004 objections to the Petitioner's 18 U.S.C. §2255 petition**, and upon reviewing the attached argument of fact and law, grant Petitioner the relief requested in his pending **Motion to Vacate or Correct Sentence** previously filed with this Court.

Petitioner states that the Court has not ruled upon his pending petition, that the herein arguments are advanced in good faith, that the government's will be not predjudiced unduly by these arguments contra its objections, and that the Petitioner has only now proceeded Pro Se, been able to formulate and supplement his arguments in response to the government's heretofore referred to objections to Petitioner's Motion.

## CONCLUSION

**WHEREFORE,** Petitioner moves the herein motion be granted and that the Court consider the herein advanced arguments and ultimately grant the relief prayed for in the Petitioner's **Motion to Vacate Filed Pursuant to 18 U.S.C. §2255**.

Respectfully Submitted,

Edwin Rodriguez

Edwin Rodriguez #05152-070
Pro Se Petitioner
Federal Prison Camp
P.O. Box 1000
Loretto, PA, 15940

## SERVICE

Regular Mail, on this 28 th day of November, 2005

x Edwin Rodriguez
Edwin Rodriguez