**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EDWIN RODRIGUEZ<br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Respondent | C.A. No: 01-132ML |

**PETITIONER'S MOTION TO SUBSTITUTE OR AMEND SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO VACATE OR MODIFY SENTENCE**

**COMES NOW,** Petitioner, Pro Se, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, and the inherent power of the Court, and moves the attached corrected Supplemental Brief in Support of his **MOTION TO VACATE OR MODIFY SENTENCE** be substituted for the former Supplemental Motion filed on or about November 29, 2005, or that the attached corrected brief be filed as an amended motion and brief, all advancing supplemental arguments in support of Petitioner's Motion to Vacate.

This corrected brief remedies a typographical error, changing the word correct to incorrect on page 10 of the Petitioner's Supplemental Response, attaches transcripts of relevant grand jury testimony, which were heretofore attached to the government's response, and a very relevant letter from the U.S. Attorney to trial counsel for the Court's further convenience, and adds the case site, an additional argument pertaining to **Dye v. Hofbauer** case no. 04-8384 (October 11, 2005) for the Court's further consideration. This case is the first matter heard before the High Court wherein the newly appointed Chief Justice of the United States Supreme Court, The Honorable John Roberts, granted certiorari to a petitioner filing for Habeas Corpus relief after

Denied for failure, to certify a copy was sent to Defendant. Petitioner may re-file with proper certification. Mary M. Lisi USDJ 12/20/05

said petition was dismissed by the Sixth Circuit Court of Appeals.

**CONCLUSION**

**WHEREFORE,** Petitioner moves the herein Motion be granted and the corrected petition be substituted for or amended to the November 29, 2005 filing by Petitioner.

Respectfully Submitted,

x Edwin Rodriguez

Petitioner Pro Se

**CERTIFICATE OF SERVICE**

x Edwin Rodriguez