No Response

FILED
JAN 09 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWIN RODRIGUEZ
Petitioner

v.

UNITED STATES OF AMERICA
Respondent

C.A. No: 01-132ML

CA 04-285 ML

**PETITIONER'S MOTION TO SUBSTITUTE OR AMEND SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO VACATE OR MODIFY SENTENCE**

**COMES NOW,** Petitioner, Pro Se, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, and the inherent power of the Court, and moves the attached corrected Supplemental Brief in Support of his **MOTION TO VACATE OR MODIFY SENTENCE** be substituted for the former Supplemental Motion filed on or about November 29, 2005, or that the attached corrected brief be filed as an amended motion and brief, all advancing supplemental arguments in support of Petitioner's Motion to Vacate.

Granted. Mary M. Lisi USDJ 1/31/06

This corrected brief remedies a typographical error, changing the word correct to incorrect on page 10 of the Petitioner's Supplemental Response, attaches transcripts of relevant grand jury testimony, which were heretofore attached to the government's response, and a very relevant letter from the U.S. Attorney to trial counsel for the Court's further convenience, and adds the case site, an additional argument pertaining to **Dye v. Hofbauer** case no. 04-8384 (October 11, 2005) for the Court's further consideration. This case is the first matter heard before the High Court wherein the newly appointed Chief Justice of the United States Supreme Court, The Honorable John Roberts, granted certiorari to a petitioner filing for Habeas Corpus relief after

said petition was dismissed by the Sixth Circuit Court of Appeals.

CONCLUSION

WHEREFORE, Petitioner moves the herein Motion be granted and the corrected petition be substituted for or amended to the November 29th, 2005 filing by petitioner.

Respectfully Submitted,

PRo se petitioner

CERTIFICATE OF SERVICE

A copy of the forgoing Motion to substitute or amend supplemental brief in support of motion to vacate or modify sentence was sent per rule via regular mail to the U.S. Attorney on this case, Adi Goldstein, at the U.S. COURTHOUSE, U.S. ATTORNEY OFFICE, PROVIDENCE RHODE ISLAND 02903-1779, this 3rd day of January, 2006.

Respectfully,

PRO SE PETITIONER